Filed 5/5/25  P. v. Vasquez CA6

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>MICHAEL LEYVAS VASQUEZ,<br><br>    Defendant and Appellant. | H052554<br>(Santa Clara County<br>Super. Ct. No. C2109530) |

Defendant Michael Leyvas Vasquez pleaded no contest to committing a lewd and lascivious act on a child under the age of 14.  He also admitted he had suffered a prior conviction for a serious and violent felony.  The trial court imposed an aggregate sentence of 12 years in state prison.

We appointed counsel, who filed an opening brief stating the case and the facts but raising no specific issues.  We notified Vasquez of his right to submit written argument on his own behalf within 30 days, and we received no response.

We reviewed the entire record under *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).  (See also *People v. Kelly* (2006) 40 Cal.4th 106 (*Kelly*).)  We conclude there is no arguable issue on appeal.

We affirm the judgment.

# I. FACTUAL AND PROCEDURAL BACKGROUND

## A. Procedural Background

The prosecution charged Vasquez by information with committing a lewd and lascivious act on a child under the age of 14. (Pen. Code, § 288, subd. (a).)[1]  The prosecution alleged Vasquez had suffered a prior conviction for a felony offense specified in section 667.61, subdivisions (a) and (d), and section 667.71, subdivision (b). The prosecution later amended the information to further allege Vasquez had suffered a prior conviction for a serious and violent felony under section 667.5, subdivision (c), section 1170.12, subdivision (b)(1), and section 1192.7, subdivision (c).

In exchange for a sentence of 12 years in state prison and dismissal of the habitual sexual offender allegation under section 667.71, subdivision (b), Vasquez pleaded no contest to the charged count and admitted he had suffered a prior conviction for a serious and violent felony.  The trial court imposed the agreed upon sentence of 12 years in prison, equal to the midterm of six years doubled for the prior strike conviction.

Vasquez timely appealed.  He did not request a certificate of probable cause.

## B. Facts of the Offense

According to the summary of the offense in the probation report, in 2021, Jane Doe told police the incident occurred while she was visiting her aunt's residence when Doe was around six or seven years old.  Doe was seated at a table playing a game with Vasquez when he reached under her dress with his hand and touched her vaginal area over her underwear for about three seconds.

## II. DISCUSSION

We have reviewed the entire record under *Wende*, *supra*, 25 Cal.3d 436, and *Kelly*, *supra*, 40 Cal.4th 106.  We find no arguable issue on appeal, and we conclude appellate counsel has fully complied with her responsibilities.  (*Wende*, at p. 441.)

---

[1] Subsequent undesignated statutory references are to the Penal Code.

### III. DISPOSITION

The judgment is affirmed.

_____

Greenwood, P. J.

WE CONCUR:

_____

Grover, J.

_____

Lie, J.

People v. Vasquez
H052554